# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLAUDIUS T. DAVIS

NO. 2025 KW 0656

**AUGUST 18, 2025**

---

In Re:    Claudius T. Davis, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          49128.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED AS PREMATURE.** There is no indication that relator
has been convicted and sentenced in this matter. Additionally,
there is no record of a notice of appeal. Accordingly, the request
for pauper status is premature.

PMc

HG

TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT